**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

IN RE: Dorothy Connolly Mraz         CHAPTER 13
           Debtor(s)

BKY. NO. 25-11040 DJB

**ENTRY OF APPEARANCE AND REQUEST FOR NOTICES**

To the Clerk:

    Kindly enter my appearance on behalf of M&T Bank and index same on the master mailing list.

           Respectfully submitted,

/s/ *Denise Carlon*
Denise Carlon
24 Mar 2025, 18:23:03, EDT

KML Law Group, P.C.
701 Market Street, Suite 5000
Philadelphia, PA 19106-1532
(215) 627-1322