M&T BANK
475 Crosspoint Pkwy,
Getzville, NY 14068

UNITED STATES
BANKRUPTCY COURT
FOR THE Eastern
Pennsylvania (Philadelphia)
- 25-11040

**NOTICE OF WITHDRAWAL**

In re: DOROTHY C MRAZ

CHAPTER 13
CASE NUMBER:  25-11040
TO: Clerk of the Court


Please withdraw claim number 1 in the amount of $2,305.53 on behalf of Manufacturers and Traders Trust Company.


DATED: 04/02/2025


Manufacturers and Traders Trust Company

/s/  Stacy Molea