# United States Bankruptcy Court
## Easter District of Pennsylvania

In re: Dorothy Connolly Mraz   Case no. 25-11040
      Debtor (s)   Chapter 13

# VERIFICATION OF CREDITOR MATRIX

The above-named Debtor hereby verifies that the attached list of creditors is true to the best of his/her knowledge.

Date: March 18, 2025

*Dorothy Connolly Mraz*
**Dorothy Connolly Mraz**
Signature of Debtor

APR -9 2025

American Express
c/o Beckett & Lee
PO Box 3001
Malvern, PA 19355


Dorothy Mraz
9 Woodchuck Way
Kennett Square, PA 19348


ECMC
PO Box 16408
Saint Paul, MN 55116-3000


Hamorton Association
c/o Larry Eisman, Esquire
919 Conestoga Road
Suite 3-114
Bryn Mawr, PA 19010


Klehr Harrison Harvey Branzburg
1835 Market Street
Suite 1400
Philadelphia, PA 19103


KML Law Group
701 Market Street
Suite 500
Philadelphia, PA 19106


M&T Bank
One Fountain Plaza
Buffalo, NY 14203


M&T Bank
PO Box 1288
Buffalo, NY 14240

Navient Solutions
PO Box 9635
Wilkes Barre, PA 18773


Nina Smith
1519 North Rodney Street
Wilmington, DE 19806


Pennsylvania Department of Revenue
Department 280946
Attn: Bankruptcy Division
Harrisburg, PA 17128


Real Time Solutions
1349 Empire Central Drive
Suite 150
Dallas, TX 75247


Robert Lohr, Esq.
1246 West Chester Pike
Suite 312
West Chester, PA 19382