**Dorothy Connolly Mraz**

**Case # 25-11040**

**Forms Requested 4/2/2025**

Form B122C-1   Included, also filed 4/1/2025

Business Questionnaire – N/A

Tax Returns – Not Required, SSA payments only

Certificate of Credit Counseling – Included, also filed 3/18/2025

Credit Matrix – Included, also filed 4/1/2025

Corrected Plan – included

Redacted Pay advances – N/A

Statement of SS Number – Included, also filed 4/1/2025

APR - 9 2025