**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| In re: | : | Chapter 13 |
| | : | |
| DOROTHY CONNOLLY MRAZ, | : | Case No. 25-11040-DJB |
| | : | |
| Debtor | : | |

**NOTICE OF APPEARANCE AND**
**REQUEST FOR SERVICE OF PAPERS**

**PLEASE TAKE NOTICE** that the undersigned appears in the above-captioned case for Klehr Harrison Harvey Branzburg LLP and, pursuant to Rules 2002 and 9010 of the Federal Rules of Bankruptcy Procedure, hereby requests that all notices given or required to be given and all papers served or required to be served in this chapter 13 case be delivered and served upon such party at the address as set forth below:

> Raymond H. Lemisch, Esquire
> Klehr Harrison Harvey Branzburg LLP
> 1835 Market Street, Suite 1400
> Philadelphia, PA 19103
> Phone: 215-569-2700
> Fax: 215-568-6603
> Email: rlemisch@klehr.com

**PLEASE TAKE FURTHER NOTICE** that the forgoing demand includes all notices and pleadings referred to in the above-mentioned Federal Rules of Bankruptcy Procedure, together with all orders and notices of applications, motions, petitions, pleadings, complaints or other documents which in any way affect the debtors or their property.

The foregoing demand includes not only the notices and papers referred to in the Bankruptcy Rules specified above, but also includes, without limitation, any notice, application, complaint, demand, motion, petition, pleading or request, whether formal or informal, written or

11615236.v1

oral, and whether transmitted or conveyed by mail, delivery, telephone, telecopy, telegraph, telex or otherwise filed or made with regard to the above-referenced case and all proceedings therein.

                                    **KLEHR HARRISON HARVEY BRANZBURG LLP**

By:   */s/ Raymond Lemisch*
       Raymond H. Lemisch, Esquire
       PA. I.D. No.: 43343
       1835 Market Street, Suite 1400
       Philadelphia, PA 19103
       Phone: 215-569-2700
       Fax: 215-568-6603
       email: rlemisch@klehr.com

Dated: July 21, 2025