IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re: | : | Chapter 13 |
| | : | |
| DOROTHY CONNOLLY MRAZ, | : | Case No. 25-11040-DJB |
| | : | |
| Debtor | : | |

ORDER FOR THE ADMISSION
*PRO HAC VICE* OF ALYSSA M. RADOVANOVICH

AND NOW, this _____ day of _____, 2025, it is hereby

ORDERED that the application of Alyssa M. Radovanovich, Esquire, to practice in this court pursuant to Local Bankruptcy Rules 2090-1(c) and 9014-2 is

[X]    GRANTED

[ ]    DENIED

_____
J.

**Date: August 25, 2025**

11674178.v1