United States Bankruptcy Court

Eastern District of Pennsylvania

In re: | Case No. 25-11040-djb
Dorothy Connolly Mraz | Chapter 13
Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2     User: admin     Page 1 of 3
Date Rcvd: Oct 31, 2025     Form ID: pdf900     Total Noticed: 26

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4). |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 02, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Dorothy Connolly Mraz, 9 Woodchuck Way, Kennett Square, PA 19348-2353 |
| cr | + | Klehr Harrison Harvey Branzburg LLP, c/o Raymond Lemisch Esquire, Suite 1400, 1835 Market Street, Philadelphia, PA 19103-2945 |
| 14993698 | + | Dorothy Mraz, 9 woodchuck Way, Kennett Square, PA 19348-2353 |
| 14993700 | | Hamorton Association, c/o Larry Eisman, Esquire 919 Conestoga, Suite 3-114, Bryn Mawr, PA 19010 |
| 14993701 | + | Klehr Harrison Harvey Branzburg, 1835 Market Street, Suite 1400, Philadelphia, PA 19103-2945 |
| 15065262 | + | Klehr Harrison Harvey Branzburg, c/o Christopher J. Leavell, 1835 Market Street, Suite 1400, Philadelphia, PA 19103-2945 |
| 15031402 | + | Klehr Harrison Harvey Branzburg LLP, C/O Raymond H. Lemisch, Esquire, 1835 Market Street, Suite 1400, Philadelphia, PA 19103-2945 |
| 14993705 | + | Nina Smith, 1519 North Rodney Street, Wilmington, DE 19806-3007 |
| 14993706 | + | Pennsylvania Department of Revenue Department 2809, Attn: Bankruptcy Di vision, Harrisburg, PA 17128-0001 |
| 14993708 | + | Robert Lohr, Esq., 1246 West Chester Pike, Suite 312, West Chester, PA 19382-5683 |

TOTAL: 10

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| aty | + | Email/Text: aradovanovich@klehr.com | Nov 01 2025 00:31:00 | ALYSSA M. RADOVANOVICH, Klehr Harrison Harvey Branzburg, LLP, 919 N. Market Street, Suite 1000, Wilmington, DE 19801-3062, NEW CASTLE 19801-3030 |
| smg | | Email/Text: megan.harper@phila.gov | Nov 01 2025 00:31:00 | City of Philadelphia, City of Philadelphia Law Dept., Tax Unit/Bankruptcy Dept, 1515 Arch Street 15th Floor, Philadelphia, PA 19102-1595 |
| smg | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Nov 01 2025 00:31:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| 14993697 | + | Email/PDF: bncnotices@becket-lee.com | Nov 01 2025 00:38:07 | American Express, c/o Beckett & tee, PO Box 3001, Malvern, PA 19355-0701 |
| 14993699 | + | Email/Text: ECMCBKNotices@ecmc.org | Nov 01 2025 00:31:00 | ECMC, PO Box 16408, Saint Paul, MN 55116-0408 |
| 14990409 | ^ | MEBN | Nov 01 2025 00:26:16 | KML, 701 Market Street, Suite 5000, Philadelphia, PA 19106-1541 |
| 14993702 | ^ | MEBN | Nov 01 2025 00:26:14 | KML Law Group, 701 Market Street, Suite 500, Philadelphia, PA 19106-1538 |
| 15011588 | | Email/PDF: resurgentbknotifications@resurgent.com | Nov 01 2025 00:38:12 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14993703 | | Email/Text: camanagement@mtb.com | Nov 01 2025 00:31:00 | M&T Bank, One Fountain Plaza, Buffalo, NY 14203 |
| 15011147 | | Email/Text: camanagement@mtb.com | Nov 01 2025 00:31:00 | M&T Bank, P.O. Box 840, Buffalo, NY 14240-0840 |
| 14993704 | | Email/Text: camanagement@mtb.com | | |

Case 25-11040-djb    Doc 48    Filed 11/02/25    Entered 11/02/25 23:36:59    Desc Imaged
Certificate of Notice    Page 2 of 5

| District/off: 0313-2 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Oct 31, 2025 | Form ID: pdf900 | Total Noticed: 26 |

| | | | | |
|---|---|---|---|---|
| 14990403 | + | Email/Text: camanagement@mtb.com | Nov 01 2025 00:31:00 | M&T Bank, PO Box 1288, Buffalo, NY 14240 |
| | | | Nov 01 2025 00:31:00 | M&T BANK, PO BOX 1508, Buffalo NY 14240-1508 |
| 14990275 | ^ | MEBN | Nov 01 2025 00:26:13 | M&T Bank, C/O KML Law Group, 701 Market Street Suite 5000, Philadelphia, PA. 19106-1541 |
| 14993710 | + | Email/PDF: ADVS_EBN_BKR_AUTO@advs.aidvantage.com | Nov 01 2025 00:38:12 | Navient Solutions, PO Box 9635, Wilkes Barre, PA 18773-9635 |
| 15002412 | + | Email/Text: bkdepartment@rtresolutions.com | Nov 01 2025 00:31:00 | Real Time Resolutions, Inc., 1349 Empire Central Dr. Suite 1300, Dallas, TX 75247-4073 |
| 14993707 | + | Email/Text: bkdepartment@rtresolutions.com | Nov 01 2025 00:31:00 | Real Time Solutions, 1349 Empire Central Drive, Suite 150, Dallas, TX 75247-4029 |

TOTAL: 16

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 14996200 | *P++ | M&T BANK, LEGAL DOCUMENT PROCESSING, 626 COMMERCE DRIVE, AMHERST NY 14228-2307, address filed with court:, M & T Bank, One Fountain Plaza, Buffalo, NY 14203 |
| 14996201 | *P++ | M&T BANK, LEGAL DOCUMENT PROCESSING, 626 COMMERCE DRIVE, AMHERST NY 14228-2307, address filed with court:, M & T Bank, PO Box 1288, Buffalo, NY 14240 |

TOTAL: 0 Undeliverable, 2 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Nov 02, 2025            Signature:    /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 31, 2025 at the address(es) listed below:

| Name | Email Address |
|---|---|
| CHRISTOPHER JOHN LEAVELL | on behalf of Creditor Klehr Harrison Harvey Branzburg LLP cleavell@klehr.com lclark@klehr.com |
| DENISE ELIZABETH CARLON | on behalf of Creditor M&T BANK bkgroup@kmllawgroup.com |
| KENNETH E. WEST | ecfemails@ph13trustee.com philaecf@gmail.com |
| KENNETH E. WEST | on behalf of Trustee KENNETH E. WEST ecfemails@ph13trustee.com philaecf@gmail.com |
| MATTHEW K. FISSEL | on behalf of Creditor M&T BANK bkgroup@kmllawgroup.com matthew.fissel@brockandscott.com |
| RAYMOND HOWARD LEMISCH | on behalf of Creditor Klehr Harrison Harvey Branzburg LLP rlemisch@klehr.com afoody@klehr.com |

District/off: 0313-2 | User: admin | Page 3 of 3
Date Rcvd: Oct 31, 2025 | Form ID: pdf900 | Total Noticed: 26

United States Trustee
    USTPRegion03.PH.ECF@usdoj.gov

TOTAL: 7

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| In re: | : | Bankruptcy No. **25-10040-DJB** |
| | : | |
| | : | Chapter 13 |
| **Dorothy Connolly Mraz** | : | **Hearing Date, Time & Place** |
| Debtor(s) | : | **October 30, 2025 at 11:00 am** |
| | : | **Via Zoom** *unless otherwise* |
| | : | *directed by the Court* |
| | : | |

## REVISED ORDER GRANTING TRUSTEE'S MOTION TO DISMISS WITH PREJUDICE WITH A BAR ORDER PURSUANT TO 11 U.S.C. SECTIONS 105 AND 1307

AND NOW, this __31st__ day of __October__ 2025, upon consideration of the Chapter 13 Standing Trustee's Motion to Dismiss *with Prejudice* pursuant to 11 U.S.C. §§ 105 and 1307, and any answer filed thereto, and after a hearing, it is hereby ^ held on October 30, 2025, and after consideration of the evidence submitted

**ORDERED,** that Debtor is barred from filing future bankruptcy cases, either individually or jointly, without further leave of court, and it is further

**ORDERED**, that the Motion is GRANTED and the case is hereby DISMISSED, and that any wage orders previously entered are **VACATED**, and it is further

**ORDERED**, if the case has been confirmed and the Trustee is holding funds, any undisbursed funds held by the Chapter 13 Trustee from payments made on account of the Debtor(s)' plan shall be refunded to the Debtor(s) unless a party in interest files a Motion for Alternative Disbursement within 21 days of the entry of this Order.

BY THE COURT

_____
HON. DEREK J. BAKER
BANKRUPTCY JUDGE

**Debtors**
Dorothy Connolly Mraz
9 Woodchuck Way
Kennett Square. PA 19348

KENNETH E. WEST
Office of the Chapter 13 Standing Trustee
190 N Independence Mall West – Suite 701
Philadelphia, PA 19106

United States Trustee
Office of United States Trustee
Robert N.C. Nix Federal Building
900 Market Street Suite 320
Philadelphia, PA 19107