**United States Bankruptcy Court**
**Eastern District of Pennsylvania (Philadelphia)**

In re:

**Dorothy Connolly Mraz**    Case No. 25-11040
                             Chapter 13

_____Debtor(s)_____/

### NOTICE OF CHANGE OF ADDRESS

**CHECK ONLY ONE:**

DEBTOR(s): ☐    CREDITOR: ☒

Please print the following information:

NAME: **Real Time Resolutions, Inc.**

OLD MAILING ADDRESS: **1349 Empire Central Drive**
**Suite 150**
**Dallas, Texas 75247**

NEW MAILING ADDRESS: **1349 Empire Central Drive**
**Suite 1300**
**Dallas, Texas 75247**

DATED: 11/04/2025    /s/ Teresa Ngunyi
                     Signature of Debtor or Creditor

                     Signature of Joint Debtor (if applicable)

PHONE NUMBER: (888) 741-1124

**All future notices shall be sent to the new mailing address**

(6/1/11)

# United States Bankruptcy Court
## Eastern District of Pennsylvania (Philadelphia)

In re:　　　　　　　　　　　　　　　)

**Dorothy Connolly Mraz**　　　)
　　　　　　　　　　　　　　　　　)　　Chapter 13
　　　　　　　　　　　　　　　　　)　　Case No. 25-11040

Debtors　　　　　　　　　　　　)

## CERTIFICATE OF SERVICE

I hereby certify that I have served a copy of the within and foregoing Change of Address upon the following by depositing same in the United States Mail, addressed as follows, with sufficient postage attached.

**Represented by**
**Dorothy Connolly Mraz**
**PRO SE**
**9 Woodchuck Way**
**Kennett Square, PA 19348**

**Kenneth E. West**
**Office of the Chapter 13 Standing Trustee**
**190 N. Independence Mall West, Suite 701**
**Philadelphia, PA 19106**

Dated:　11/04/2025

By: /s/ Teresa Ngunyi

Real Time Resolutions, Inc.
1349 Empire Central Suite 1300
Dallas, TX 75247